### Klaus *v.* Lewis Hark and Son, Inc. (et al., Appellant).

Argued March 29, 1973.  *Daniel T. McWilliams,* with him *McWilliams & Sweeney,* for ap-

pellant; *Miles Warner*, with him *Stephen N. Huntingdon*, and *John J. O'Brien, Jr.*, for appellee.

Judgment affirmed.